

# INVOICE

| | |
|---|---|
| **BAKER INVOICE NO.:** | **762405** |
| DATE | May 28, 2009 |
| PERIOD ENDING:<br>IN ACCOUNT WITH: | April 30, 2009<br>Texas Department of Transportation<br>Houston District<br>c/o Mr. David Williams<br>P.O. Box 1386<br>Houston, TX  77251-1386 |
| VENDOR ID NO. | 125-12286381-000 |
| CONTRACT NO. | 12-648P5050 |
| WORK AUTH. NO. | 4 |
| VENDOR NAME: | Michael Baker Jr., Inc. |
| PROJECT: | SH 99 MSAT's |
| CSJ: | 3510-07-003 |
| BAKER PROJECT NO: | **114068** |

NUMBER AND TYPE OF SERVICES PERFORMED:

## FC 120

### TASK 6 - Segment F-2 ADMIN RECORD
**Labor**

| | | | | | | |
|---|---|---|---|---|---|---|
| Asst. Env Planner/Scientist | | | | | | |
| Luketic, Randy D. | S | 26.00 | 3.5 | Hour | $ | 91.00 |
| Subtotal - Labor | | | | | $ | 91.00 |
| | | Overhead | | 170% | $ | 154.70 |
| | | | | | $ | 245.70 |
| | | Project Profit | | 12% | $ | 29.48 |
| | | | | Total Labor | $ | 275.18 |

**Other Direct Costs**

| | | | | | | |
|---|---|---|---|---|---|---|
| Photo Copies 8.5x11 B&W | $ | 0.05 | 1306 | Each | $ | 65.30 |
| Photo Copies 8.5x11 Color | $ | 0.50 | 82 | Each | $ | 41.00 |
| Subtotal - Other Direct Costs | | | | | $ | 106.30 |

| | | |
|---|---|---|
| **TOTAL TASK 6** | $ | **381.48** |

### TASK 6F  Segment F-2 Dev/Prep ROD
**Labor**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Deputy Project Manager** | | | | | | |
| Fishman, Robb | $ | 61.02 | 3 | Hour | $ | 183.06 |
| **Environmental Planner/Scientist** | | | | | | |
| DoByns, Martha Young | $ | 30.25 | 1 | Hour | $ | 30.25 |
| DoByns, Martha Young | $ | 31.46 | 6 | Hour | $ | 188.76 |
| **GIS Specialist** | | | | | | |
| Hiller, Kimberly | $ | 25.55 | 3 | Hour | $ | 76.65 |
| **Clerical** | | | | | | |
| Mikolajczyk, Sandra | $ | 19.00 | 8 | Hour | $ | 152.00 |


EXHIBIT
C-1
tabbies'

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subtotal - Labor | | | | | | $ | 630.72 |
| | | Overhead | | 170% | | $ | 1,072.25 |
| | | | | | | $ | 1,702.97 |
| | | Project Profit | | 12% | | $ | 204.36 |
| | | | | Total Labor | | $ | 1,907.33 |

| Other Direct Costs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Photo Copies 8.5x11 B&W | $ | 0.05 | 4237 | Each | | $ | 211.85 |
| Photo Copies 8.5x11 Color | $ | 0.50 | 41 | Each | | $ | 20.50 |
| Subtotal - Other Direct Costs | | | | | | $ | 232.35 |

| TOTAL TASK 6F | | | | | | $ | 2,139.68 |
|---|---|---|---|---|---|---|---|

### TASK 7a  Segment G FEIS Develop
**Labor**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deputy Project Manager | | | | | | | |
| Fishman, Robb | $ | 61.02 | 2 | Hour | | $ | 122.04 |
| Fishman, Robb | $ | 62.00 | 10 | Hour | | $ | 620.00 |
| Asst. Env Planner/Scientist | | | | | | | |
| Burton, Cristin | $ | 21.64 | 7 | Hour | | $ | 151.48 |
| Subtotal - Labor | | | | | | $ | 893.52 |
| | | Overhead | | 170% | | $ | 1,518.99 |
| | | | | | | $ | 2,412.51 |
| | | Project Profit | | 12% | | $ | 289.50 |
| | | | | Total Labor | | $ | 2,702.02 |

| TOTAL TASK 7a | | | | | | $ | 2,702.02 |
|---|---|---|---|---|---|---|---|

### TASK 8  Segment E. F-1, F-2 & G
**Labor**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deputy Project Manager | | | | | | | |
| Fishman, Robb | $ | 62.00 | 5 | Hour | | $ | 310.00 |
| GIS Specialist | | | | | | | |
| Hiller, Kimberly | $ | 25.55 | 0.75 | Hour | | $ | 19.16 |
| Env Planner/Scientist | | | | | | | |
| Kaiser, Clarence | $ | 26.35 | 4 | Hour | | $ | 105.40 |
| Kaiser, Clarence | $ | 27.40 | 8 | Hour | | $ | 219.20 |
| Asst. Env Planner/Scientist | | | | | | | |
| Burton, Cristin | $ | 21.64 | 21.5 | Hour | | $ | 465.26 |
| Technical Editor | | | | | | | |
| Smith, Tamara | $ | 27.72 | 73 | Hour | | $ | 2,023.56 |
| Smith, Tamara | $ | 28.83 | 65 | Hour | | $ | 1,873.95 |
| Subtotal - Labor | | | | | | $ | 5,016.53 |
| | | Overhead | | 170% | | $ | 8,528.11 |
| | | | | | | $ | 13,544.64 |
| | | Project Profit | | 12% | | $ | 1,625.35 |
| | | | | Total Labor | | $ | 15,169.98 |

| Other Direct Costs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reproduction Services | | | | | | $ | 1,375.54 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 924 | Each | | $ | 46.20 |
| Photo Copies 8.5x11 Color | $ | 0.50 | 8 | Each | | $ | 4.00 |
| Subtotal - Other Direct Costs | | | | | | $ | 1,425.74 |

| TOTAL TASK 8a | | | | | | $ | 16,595.72 |
|---|---|---|---|---|---|---|---|

Invoice Total  $    21,818.90

| | | |
|---|---|---|
| Total for Work Authorization: | $ | 511,690.14 |
| Total Previously Billed: | $ | 306,008.44 |
| Balance Due this Invoice: | $ | 21,818.90 |
| Balance Remaining on Work Authorization: | $ | 183,862.80 |

PLEASE SEND REMITTANCE TO:
Michael Baker Jr., Inc.
P O. Box 360451
Pittsburgh, PA  15251-6451

_____
Robb H. Fishman, AICP
Project Manager

May 28, 2009
_____
Date



# INVOICE

**A&E® THE GRAPHICS COMPLEX**
A DIVISION OF THOMAS REPROGRAPHICS, INC.

**Please Remit to:**

**A&E - The Graphics Complex**
A DIVISION OF THOMAS REPROGRAPHICS, INC.
P.O. Box 27286, Houston, TX 77227
713.621.0022 • Fax 713.621.2537
www.aecomplex.com

| INVOICE DATE | PAGE | INVOICE NO. |
|---|---|---|
| 04/13/09 | 2 | I79104 |

LOC-F LI-F REF> 228775

JK 9-59-0

BILL ONLY - 3232 CHIMNEY ROCK

S
H
I
P
T
O

MICHAEL BAKER JR INC
NORTH BELT OFFICE CTR II
785 GREENS PKWY #100
HOUSTON TX 77067

(281) 579-7850

| SM | WORK ORDER# | ACCOUNT NO. | REFERENCE | JOB# | P.O. NO. | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| HP | 001856197 | 05329 | I79104 | 114068 | TASK SCANNING | 04/13/09 | DUE 05/10/09 |

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | | | (1,375.54) |

> REC. EY:

> REC._____ TIME:_____ NO. PKGS:_____

Robb Fishman

**INVOICE STAMP**
Date Rec'd _____
Date Sent to AC 4-15-09
Amount OK 1,375.54
Ok to Pay _____
P = _____
O = 579.4333
E = Reproduction
T = 180.81

**TOTAL AMOUNT DUE ▶**

PHYSICAL ADDRESS: 4235 RICHMOND AVE., HOUSTON, TEXAS 77027
DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS 77027



# INVOICE

| | |
|---|---|
| BAKER INVOICE NO.: | **769125** |
| DATE | August 27, 2009 |
| PERIOD ENDING: | 5/1/09 - 6/30/09 |
| IN ACCOUNT WITH: | Texas Department of Transportation |
| | Houston District |
| | c/o Mr. David Williams |
| | P.O. Box 1386 |
| | Houston, TX 77251-1386 |
| | |
| VENDOR ID NO.: | 125-12286381-000 |
| CONTRACT NO.: | 12-648P5050 |
| WORK AUTH. NO. | **4** |
| VENDOR NAME: | Michael Baker Jr., Inc. |
| PROJECT: | SH 99 MSAT's |
| CSJ: | 3510-07-003 |
| BAKER PROJECT NO: | **114068** |

NUMBER AND TYPE OF SERVICES PERFORMED:

## FC 120

**TASK 7a  Segment G FEIS Develop**

Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Environmental Planner/Scientist | | | | | | | |
| DoByns, Martha Young | $ | 31.46 | 1 | Hour | | $ | 31.46 |
| GIS Specialist | | | | | | | |
| Hiller, Kimberly | $ | 26.32 | 0.75 | Hour | | $ | 19.74 |
| Clerical | | | | | | | |
| Mikolajczyk, Sandra | $ | 19.00 | 1.5 | Hour | | $ | 28.50 |
| Subtotal - Labor | | | | | | $ | 79.70 |
| | | | | Overhead | 170% | $ | 135.49 |
| | | | | | | $ | 215.19 |
| | | | | Project Profit | 12% | $ | 25.82 |
| | | | | Total Labor | | $ | 241.01 |

| | | |
|---|---|---|
| **TOTAL TASK 7a** | $ | **241.01** |

**TASK 7b  Segment G FEIS Develop**

Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Environmental Planner/Scientist | | | | | | | |
| DoByns, Martha Young | $ | 31.46 | 7 | Hour | | $ | 220.22 |
| Asst. Env Planner | | | | | | | |
| Burton, Cristin | $ | 21.64 | 7 | Hour | | $ | 151.48 |
| Subtotal - Labor | | | | | | $ | 371.70 |
| | | | | Overhead | 170% | $ | 631.89 |
| | | | | | | $ | 1,003.59 |
| | | | | Project Profit | 12% | $ | 120.43 |
| | | | | Total Labor | | $ | 1,124.02 |

EXHIBIT

C-2

tabbies

| TOTAL TASK 7b | | | | | | $ | 1,124.02 |
|---|---|---|---|---|---|---|---|

**TASK 8  Segment E. F-1, F-2 & G**

Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deputy Project Manager | | | | | | | |
| Fishman, Robb | $ | 62.00 | 1 | Hour | | $ | 62.00 |
| Environmental Planner/Scientist | | | | | | | |
| Kaiser, Clarence | $ | 27.40 | 22 | Hour | | $ | 602.80 |
| Asst. Env Planner/Scientist | | | | | | | |
| Burton, Cristin | $ | 21.64 | 57 | Hour | | $ | 1,233.48 |
| Technical Editor | | | | | | | |
| Smith, Tamara | $ | 28.83 | 214.5 | Hour | | $ | 6,184.04 |
| Subtotal - Labor | | | | | | $ | 8,082.32 |
| | | | | Overhead | 170% | $ | 13,739.94 |
| | | | | | | $ | 21,822.25 |
| | | | | Project Profit | 12% | $ | 2,618.72 |
| | | | | | Total Labor | $ | 24,440.97 |

Other Direct Costs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Postage | | | | | | $ | 37.95 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 2333 | Each | | $ | 116.65 |
| Photo Copies 8.5x11 Color | $ | 0.50 | 783 | Each | | $ | 391.50 |
| Reproduction Services | | | | | | $. | 5,490.71 |
| Lodging (Per Day/Person) | $ | 85.00 | 10 | USD | | $ | 850.00 |
| Mileage (Per mile) | $ | 0.445 | 417 | Each | | $ | 185.57 |
| Subtotal - Other Direct Costs | | | | | | $ | 7,072.38 |

| TOTAL TASK 8a | | | | | | $ | 31,513.35 |
|---|---|---|---|---|---|---|---|

|  | | | | | Invoice Total | $ | 32,878.38 |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Total for Work Authorization: | $ | | 511,690.14 |
| Total Previously Billed: | $ | | 327,827.34 |
| Balance Due this Invoice: | $ | | 32,878.38 |
| Balance Remaining on Work Authorization: | $ | | 150,984.42 |

PLEASE SEND REMITTANCE TO:
Michael Baker Jr., Inc.
P.O. Box 360451
Pittsburgh, PA  15251-6451

_____          August 27, 2009
Robb H. Fishman, AICP                                    Date
Project Manager

May 28 09 02:08p p.1

05/28/09 08:49 AM CDT A&E - The Graphics Comp via VSI-FAX Page 7 of 7 #21130



## INVOICE
Please Remit to:
A&E - The Graphics Complex
A DIVISION OF THOMAS REPROGRAPHICS, INC.
P.O. Box 27286, Houston, TX 77227
713.621.0022 • Fax 713.621.2537
www.aecomplex.com

  

| | |
|---|---|
| 04/17/09 | 1 | 181462 |

MICHAEL BAKER JR INC
NORTH BELT OFFICE CTR II
785 GREENS PKWY #100
HOUSTON TX 77067

SAME

(281) 579-7850

TR 15.12 0

| WORKORDER | | JOB# | CP O LINE NO | | |
|---|---|---|---|---|---|
| HP 001870956 | 05329 IB1452 | 11406A | TASK SCANNI 04/17/09 | DUE 05/10/09 |

| | | | |
|---|---|---|---|
| | 5,044 | EA | SCANNING - ALL OTHER | 504.40 |
| | 75 | EA | SCANNING - ALL OTHER | 11.25 |
| | 199 | EA | SCANNING - ALL OTHER | 49.75 |
| | 40 | EA | SCANNING - ALL OTHER | 20.00 |
| 10 PRINTS | 45 | SF | B&W OVERSIZE SCAN | 11.25 |
| 1 PRINTS | 21 | SF | COLOR SCAN UP TO 300DPI | 63.00 |
| | 862 | EA | DATABASE INDEXING - 1ST FIELD | 215.50 |
| | 3 | HR | DOC PREP | 180.00 |
| | 1 | EA | DELIVERY SERVICE TO 20 MILES | 34.15 |

ORDERED BY SONNY KAISER
INVOICED BY: T. ROBINSON

SUB-TOTAL 1,089.30
TAX 89.87

**REC'D ACCT.**

MAY 2 9 2009

FDS

PHYSICAL ADDRESS: 4235 RICHMOND AVE., HOUSTON, TEXAS 77027
DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS 77027

TOTAL AMOUNT DUE ♦ 1,179.17

INVOICE STAMP
Date Rec'd
Date Sent to AC
Amount OK $179.17
Ok to Pay Robb Fishman
P = 114.068
O = 579.63 33
E = Reproduction
T = 120.81

**PO Oversized Invoice Barcode Cover Page**

170

**Document Type:    PO Oversized Invoice**

---

# INVOICE

**A&E – The Graphics Complex**
A DIVISION OF THOMAS REPROGRAPHICS, INC.
PO Box 27286, Houston, TX 77227
713.621.0022 • Fax 713.621.2537
www.aecomplex.com

**THE GRAPHICS COMPLEX**
A DIVISION OF THOMAS REPROGRAPHICS, INC.

Please Remit to:

SOLD TO:
MICHAEL BAKER JR INC
NORTH BELT OFFICE CTR II
785 GREENS PKWY #100
HOUSTON TX 77067
(281) 579-7850

BILL ONLY -- 5232 CHIMNEY ROCK

| INVOICE DATE | LOC-F LI-F REF> 228775 |
|---|---|
| 05/27/09 | |

| INVOICE NO. | PAGE |
|---|---|
| I94792 | 1 |

| SM | WORK ORDER# | ACCOUNT NO. | REFERENCE | JOB# | P.O. NO. | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| HP\ 00187I223 | 05329 | I94792 | 114068 | 114068A | | 05/27/09 | DUE 06/10/09 |

| QUANTITY | UNT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 PRINTS | | | | |
| 12,239 | EA | SCANNING LL. OTHER | | 1,223.90 |
| 222 | EA | SCANNING LL. OTHER | | 33.30 |
| 1,332 | EA | SCANNING LL. OTHER | | 333.00 |
| 158 | EA | SCANNING LL. OTHER | | 79.00 |
| 807 | SF | COLOR UP TO 300DPI | | 2,017.50 |
| 251 | EA | 300 DPI B&W SCAN UP TO 24X36 | | 62.75 |
| 934 | EA | DATABASE INDEXING - 1ST FIELD | | 233.50 |

ORDERED BY SONNY KAISER
JOB NAME: 114068+114064
INVOICED BY: S. WILKORN

PRE-APPROVED INVOICE COMPLETE

SUB-TOTAL        3,982.95
TAX              328.59

INVOICE REMARKS
Date Sent to AC
Date Rec'd
Amount OK ☑      3,455 ??
Ok to Pay ☑
P = 114-068
O = 579.63.39
E = reproduction
T = 120.81
Total 120.81

SUGGESTIONS? COMPLIMENTS?
COMPLAINTS? LEAVE A MESSAGE ON OUR REACTION LINE @ (713)621-0805 EXT. 3333
OR EMAIL TO info@aecomplex.com OR CLICK ON CUSTOMER FEEDBACK AT www.aecomplex.com

REC'D ACCT.
JUN 18 2009
AW2 Houston-1 001

PHYSICAL ADDRESS: 4235 RICHMOND AVE, HOUSTON, TEXAS 77027
DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS 77027

FBO
(0520 0500P)  REC. BY:            TIME:            NO. PK036:

**TOTAL AMOUNT DUE ▶    4,311.54**



# INVOICE

| | |
|---|---|
| BAKER INVOICE NO.: | **769153** |
| DATE : | August 27, 2009 |
| PERIOD ENDING: | July 31, 2009 |
| IN ACCOUNT WITH: | Texas Department of Transportation |
| | Houston District |
| | c/o Mr. David Williams |
| | P.O. Box 1386 |
| | Houston, TX  77251-1386 |
| VENDOR ID NO.: | 125-12286381-000 |
| CONTRACT NO.: | 12-648P5050 |
| WORK AUTH. NO. | 4 |
| VENDOR NAME: | Michael Baker Jr., Inc. |
| PROJECT: | SH 99 MSAT's |
| CSJ: | 3510-07-003 |
| BAKER PROJECT NO: | **114068** |

## NUMBER AND TYPE OF SERVICES PERFORMED:

## FC 120

### TASK 7a  Segment G FEIS Develop
**Labor**

| | | | | | | |
|---|---|---|---|---|---|---|
| Deputy Project Manager | | | | | | |
| Fishman, Robb | $ | 62.00 | 14 | Hour | $ | 868.00 |
| Sr. Env. Planner/Scientist | | | | | | |
| May, Luann | $ | 42.00 | 6 | Hour | $ | 252.00 |
| Kaiser, Clarence | $ | 31.25 | 34 | Hour | $ | 1,062.50 |
| Environmental Planner/Scientist | | | | | | |
| DoByns, Martha Young | $ | 31.46 | 40 | Hour | $ | 1,258.40 |
| Clerical | | | | | | |
| Mikolajczyk, Sandra | $ | 19.00 | 4.5 | Hour | $ | 85.50 |
| Subtotal - Labor | | | | | $ | 3,526.40 |
| | | | Overhead | 170% | $ | 5,994.88 |
| | | | | | $ | 9,521.28 |
| | | | Project Profit | 12% | $ | 1,142.64 |
| | | | | Total Labor | $ | 10,663.92 |

| | | |
|---|---|---|
| **TOTAL TASK 7a** | $ | 10,663.92 |

### TASK 8  Segment E, F-1, F-2 & G
**Labor**

| | | | | | | |
|---|---|---|---|---|---|---|
| Deputy Project Manager | | | | | | |
| Fishman, Robb | $ | 62.00 | 6 | Hour | $ | 372.00 |
| Technical Editor | | | | | | |
| Smith, Tamara | $ | 28.83 | 12.5 | Hour | $ | 360.38 |
| Subtotal - Labor | | | | | $ | 732.38 |
| | | | Overhead | 170% | $ | 1,245.04 |



EXHIBIT
C-2a
tabbies

|  |  | Project Profit | 12% | $ | 1,977.41 |
|  |  |  |  | $ | 237.32 |
|  |  |  | Total Labor | $ | 2,214.73 |

**Other Direct Costs**

| | | | | | | |
|---|---|---|---|---|---|---|
| Postage | | | | | $ | 129.76 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 666 | Each | $ | 33.30 |
| Photo Copies 8.5x11 Color | $ | 0.50 | 21 | Each | $ | 10.50 |
| Subtotal - Other Direct Costs | | | | | $ | 173.56 |

| | | |
|---|---|---|
| **TOTAL TASK 8a** | $ | **2,388.29** |

| | | |
|---|---|---|
| Invoice Total | $ | 13,052.21 |

| | | |
|---|---|---|
| Total for Work Authorization: | $ | 511,690.14 |
| Total Previously Billed: | $ | 360,705.72 |
| Balance Due this Invoice: | $ | 13,052.21 |
| Balance Remaining on Work Authorization: | $ | 137,932.21 |

PLEASE SEND REMITTANCE TO:
Michael Baker Jr., Inc.
P.O. Box 360451
Pittsburgh, PA  15251-6451

Robby H. Fishman, AICP
Project Manager

August 27, 2009
Date


**FedEx**
Express

| Tracking Number | Baker Project | Baker Task | Recipient Name | Recipient Address | Recipient City | Shipper Name | Shipper Address | Shipper City | Pickup | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 84731308542 | 114068 | 120.81 | FHWA | GREG PUNSKE | 300 E 8TH ST RM 826 | TAMI SMITH | 6955 UNION PARK CTR | MIDVALE | 08-Jul-09 | $64.88 |
| 84818733959 | 114068 | 120.81 | FHWA | GREG PUNSKE | 300 E 8TH ST RM 826 | T SMITH | 6955 UNION PARK CTR | MIDVALE | 06-Jul-09 | $64.88 |



# INVOICE

| | |
|---|---|
| **BAKER INVOICE NO.:** | **776906** |
| DATE : | December 9, 2009 |
| PERIOD ENDING: | 9/1/09 - 10/31/09 |
| IN ACCOUNT WITH: | Texas Department of Transportation |
| | Houston District |
| | c/o Mr. David Williams |
| | P.O. Box 1386 |
| | Houston, TX 77251-1386 |

| | |
|---|---|
| VENDOR ID NO.: | 125-12286381-000 |
| CONTRACT NO.: | 12-648P5050 |
| WORK AUTH. NO. | **4** |
| VENDOR NAME: | Michael Baker Jr., Inc. |
| PROJECT: | SH 99 MSAT's |
| CSJ: | 3510-07-003 |
| BAKER PROJECT NO: | **114068** |

NUMBER AND TYPE OF SERVICES PERFORMED:

## FC 120

**TASK 6F  Segment F-2 Dev/Prep ROD**

Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Deputy Project Manager** | | | | | | | |
| Fishman, Robb | $ | 62.00 | 15 | Hour | | $ | 930.00 |
| **Environmental Planner/Scientist** | | | | | | | |
| DoByns, Martha Young | $ | 31.46 | 12 | Hour | | $ | 377.52 |
| Kaiser, Clarence | $ | 31.25 | 14 | Hour | | $ | 437.51 |
| **GIS Specialist** | | | | | | | |
| Hiller, Kimberly | $ | 26.32 | 2.5 | Hour | | $ | 65.80 |
| Subtotal - Labor | | | | | | $ | 1,810.83 |
| | | | Overhead | | 170% | $ | 3,078.41 |
| | | | | | | $ | 4,889.24 |
| | | | Project Profit | | 12% | $ | 586.71 |
| | | | | | Total Labor | $ | 5,475.95 |

| | | |
|---|---|---|
| **TOTAL TASK 6F** | $ | 5,475.95 |

**TASK 7b  Segment G FEIS Develop**

Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sr. Env. Planner/Scientist** | | | | | | | |
| May, Luann | $ | 42.00 | 16 | Hour | | $ | 672.00 |
| **Environmental Planner/Scientist** | | | | | | | |
| DoByns, Martha Young | $ | 31.46 | 16 | Hour | | $ | 503.36 |
| Subtotal - Labor | | | | | | $ | 1,175.36 |
| | | | Overhead | | 170% | $ | 1,998.11 |
| | | | | | | $ | 3,173.47 |
| | | | Project Profit | | 12% | $ | 380.82 |
| | | | | | Total Labor | $ | 3,554.29 |



**EXHIBIT**

C-3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL TASK 7b** | | | | | | $ | 3,554.29 |

**TASK 8  All Segments Admin Record Maintenance**
   Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Environmental Planner/Scientist** | | | | | | | |
| Kaiser, Clarence | $ | 31.25 | 80 | Hour | | $ | 2,500.00 |
| **GIS Specialist** | | | | | | | |
| Hiller, Kimberly | $ | 26.32 | 4.5 | Hour | | $ | 118.46 |
| Subtotal - Labor | | | | | | $ | 2,618.46 |
| | | | | Overhead | 170% | $ | 4,451.38 |
| | | | | | | $ | 7,069.84 |
| | | | | Project Profit | 12% | $ | 848.38 |
| | | | | Total Labor | | $ | 7,918.22 |

Other Direct Costs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Postage | | | | | | $ | 216.39 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 58 | Each | | $ | 2.90 |
| Mileage (Per mile) | $ | 0.445 | 278 | Each | | $ | 123.72 |
| Subtotal - Other Direct Costs | | | | | | $ | 343.01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL TASK 8** | | | | | | $ | 8,261.23 |

**TASK 9 Segment E Admin Record**
   Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Deputy Project Manager** | | | | | | | |
| Fishman, Robb | $ | 62.00 | 20 | Hour | | $ | 1,240.00 |
| **Technical Editor** | | | | | | | |
| Smith, Tamara | $ | 28.83 | 246.5 | Hour | | $ | 7,106.60 |
| **Clerical** | | | | | | | |
| Kinder, Julie | $ | 12.88 | 0.5 | Hour | | $ | 6.44 |
| Subtotal - Labor | | | | | | $ | 8,353.04 |
| | | | | Overhead | 170% | $ | 14,200.17 |
| | | | | | | $ | 22,553.21 |
| | | | | Project Profit | 12% | $ | 2,706.39 |
| | | | | Total Labor | | $ | 25,259.60 |

Other Direct Costs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reproduction Services | | | | | | $ | 6,397.21 |
| Postage | | | | | | $ | 228.31 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 15 | Each | | $ | 0.75 |
| Flight (Per Flight/Person) | $ | 500.00 | | USD | | $ | 498.90 |
| Mileage (Per mile) | $ | 0.445 | 371 | Each | | $ | 165.10 |
| Subtotal - Other Direct Costs | | | | | | $ | 7,290.27 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL TASK 9** | | | | | | $ | 32,549.86 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 49,841.34 |

| Total for Work Authorization: | $ | 511,690.14 |
| Total Previously Billed: | $ | 376,694.15 |
| Balance Due this Invoice: | $ | 49,841.34 |
| Balance Remaining on Work Authorization: | $ | 85,154.65 |

**PLEASE SEND REMITTANCE TO:**
Michael Baker Jr., Inc.
P.O. Box 360451
Pittsburgh, PA  15251-6451

Robb H. Fishman, AICP
Project Manager

December 9, 2009
Date

# INVOICE

**A&E · The Graphics Complex**
A DIVISION OF THOMAS REPROGRAPHICS, INC.

Please Remit to:
P.O. Box 27286, Houston, TX 77227
713.621.0022 • Fax 713.621.2537
www.aecomplex.com

| INVOICE DATE | PAGE | INVOICE NO. |
|---|---|---|
| 09/23/09 | 1 | 134922 |

LUC-O LI-F REF> 228775

SA 15:30 0

**BILL ONLY - 3232 CHIMNEY ROCK**

MICHAEL BAKER JR INC
NORTH BELT OFFICE CTR II
785 GREENS PKWY #100
HOUSTON TX 77067

B
H-P
P
O

(281) 579-7850

| SM | WORK ORDER# | ACCOUNT NO. | REFERENCE | JOB# | P.O. NO. | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| HP | 0019779589 | 05329 | 134922 | 114068 | TASK 44 720.91 | 09/23/09 | DUE 10/10/09 |

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 19,235 ORIG 2 | EA | B&W DIGITAL LETTER IMPRESSIONS | | 1,923.50 |
| 25,166 ORIG 1 | EA | B&W DIGITAL LETTER IMPRESSIONS | | 1,258.30 |
| 136 ORIG 1 | EA | COLOR LETTER DIGITAL IMPRESSION | 1.17 | |
| 136 ORIG 3 | EA | B&W DIGITAL LETTER IMPRESSIONS | 20.40 | |
| 5 | EA | DVD DUPLICATION | 78.00 | |
| 21 | EA | SPECIAL STOCK - XEROX | 10.50 | |
| 10 | EA | ANYHOUR B&W | 650.00 | |
| | | SUNDAY O.T. | | |
| 4 | EA | ANYHOUR B&W | 450.00 | |
| | | MONDAY O.T. | | |
| 7 | EA | HANDLING FOR OVERNIGHT SHIPMNT | 37.10 | |
| 7 | EA | HANDLING FOR OVERNIGHT SHIPMNT | 38.50 | |
| 6,031 ORIG 2 | EA | B&W DIGITAL LETTER IMPRESSIONS | 603.10 | |

REC'D ACCT.

OCT 13 2009

Date Sent to AC
Amount OK
Ok to Pay
P = 114068
O = 574
E =

SUB-TOTAL
TAX
UPS DELIVERY DELIVERY

| | |
|---|---|
| SUB-TOTAL | 5,070.57 |
| TAX | 839.09 |
| | 487.55 |

6,397.21

ORDERED BY TAMMI SMITH
INVOICED BY: S. ARAUJO

FBO
(0915 0800A) REC. BY:



(Printing for Sgt & AR-RO)

TIME:               NO.  PKGS:

**TOTAL AMOUNT DUE ▶**

PHYSICAL ADDRESS: 4235 RICHMOND AVE., HOUSTON, TEXAS 77027
DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS 77027



| Tracking Number | Baker Project | Baker Task | Shipper Name | Shipper Address | Shipper City | Recipient Name | Recipient Address | Recipient City | Pickup | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 847313068601 | 114068 41 | | TAMI SMITH | 6955 UNION PARK CTR | MIDVALE | BROWN MCCAROLL LAW F | KEN RAMIREZ | 111 CONGRESS AVE STE | 04-Sep-09 | $51.97 |
| 847313068612 | 114068 41 | | TAMI SMITH | 6955 UNION PARK CTR | MIDVALE | MICHAEL BAKER JR | ROBB FISHMAN OR SONN | 785 GREENS PKWY STE | 04-Sep-09 | $51.97 |


FedEx Express

| Tracking Number | Baker Project | Baker Task | Shipper Name | Shipper Address | Shipper City | Recipient Name | Recipient Address | Recipient City | Pickup | Delivery | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 847313008586 | 114068 | 41 | TAMI SMITH | 6955 UNION PARK CTR | MIDVALE | IHWA | GREG PUROKE | 300 EAST 8TH ST RM 8 | 03-Sep-09 | 04-Sep-09 | $51.97 |
| 848185173915 | 114068 | 41 | TAMI SMITH | 6955 UNION PARK CTR | MIDVALE | OFFICE OF ATTORREY G | LISA MCCLAIN | 300 W 15TH ST FL 14 | 03-Sep-09 | 04-Sep-09 | $8.37 |
| 847313008575 | 114068 | 41 | TARRI SMITH | 6955 UNION PARK CTR | MIDVALE | FHWA/OFFICE OF CHIEF | JACK GILBERT ATTY | 60 FORSYTH ST SW STE | 03-Sep-09 | 04-Sep-09 | $56.59 |



# INVOICE

| | |
|---|---|
| BAKER INVOICE NO.: | 781055 |
| DATE : | February 23, 2010 |
| PERIOD ENDING: | 1/1/10 - 1/31/10 |
| IN ACCOUNT WITH: | Texas Department of Transportation<br>Houston District<br>c/o Mr. David Williams<br>P.O. Box 1386<br>Houston, TX 77251-1386 |
| VENDOR ID NO.: | 125-12286381-000 |
| CONTRACT NO.: | 12-648P5050 |
| WORK AUTH. NO. | 4 |
| VENDOR NAME: | Michael Baker Jr., Inc. |
| PROJECT: | SH 99 MSAT's |
| CSJ: | 3510-07-003 |
| BAKER PROJECT NO: | 114068 |

NUMBER AND TYPE OF SERVICES PERFORMED:

## FC 120

### TASK 8  All Segments Admin Record Maintenance

| Other Direct Costs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Office Supplies | | | | | | $ | 384.60 |
| Subtotal - Other Direct Costs | | | | | | $ | 384.60 |

| TOTAL TASK 8 | | | | | | $ | 384.60 |
|---|---|---|---|---|---|---|---|

### TASK 9  Segment E Admin Record

| Labor | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sr. Env. Planner/Scientist | | | | | | | |
| Kaiser, Clarence | $ | 31.25 | 29.5 | Hour | | $ | 921.88 |
| GIS Specialist | | | | | | | |
| Hiller, Kimberly | $ | 26.32 | 2.75 | Hour | | $ | 72.38 |
| Env Planner/Scientist | | | | | | | |
| DoByns, Martha Young | $ | 31.46 | 4 | Hour | | $ | 125.84 |
| Technical Editor | | | | | | | |
| Smith, Tamara | $ | 28.83 | 120.5 | Hour | | $ | 3,474.04 |
| Clerical | | | | | | | |
| Mikolajczyk, Sandra | $ | 19.00 | 3 | Hour | | $ | 57.00 |
| Subtotal - Labor | | | | | | $ | 4,651.13 |
| | | | | Overhead | 170% | $ | 7,906.92 |
| | | | | | | $ | 12,558.05 |
| | | | | Project Profit | 12% | $ | 1,506.97 |
| | | | | | Total Labor | $ | 14,065.02 |

EXHIBIT C-4

**Other Direct Costs**

| | | | | | | |
|---|---|---|---|---|---|---|
| Office Supplies | | | | | $ | 88.99 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 2330 | Each | $ | 116.50 |
| Lodging (Per Day/Person) | $ | 85.00 | 5 | USD | $ | 425.00 |
| Flight (Per Flight/Person) | $ | 500.00 | | USD | $ | 338.90 |
| Meals (Per Day/Person) | $ | 36.00 | | USD | $ | 45.19 |
| Mileage (Per mile) | $ | 0.445 | 48 | Each | $ | 21.36 |
| **Subtotal - Other Direct Costs** | | | | | **$** | **1,035.94** |

| | | |
|---|---|---|
| **TOTAL TASK 9** | **$** | **15,100.96** |

| | | |
|---|---|---|
| Invoice Total | $ | 15,485.56 |

| | | |
|---|---|---|
| Total for Work Authorization: | $ | 629,893.01 |
| Total Previously Billed: | $ | 473,931.40 |
| Balance Due this Invoice: | $ | 15,485.56 |
| Balance Remaining on Work Authorization: | $ | 140,476.05 |

**PLEASE SEND REMITTANCE TO:**
Michael Baker Jr., Inc.
P.O. Box 360451
Pittsburgh, PA 15251-6451

_(signature)_ for

Clarence Kaiser
Project Manager

February 23, 2010
Date

# OfficeMax®

OfficeMax #126
1016 E. FORT UNION BLVD.
MIDVALE, UT 84047
(801) 566-7578

Tell us about your shopping experience
and get a FREE offer for your next visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 619659053758 | |
| Cruzer USB Flash Drive 16G | $89.99 |
| 619659053758 | |
| Cruzer USB Flash Drive 16G | $89.99 |
| 619659053897 | |
| Cruzer USB Flash Drive 16G | $49.99 |
| 619659053897 | |
| Cruzer USB Flash Drive 8G | $39.99 |
| 619659053897 | |
| Cruzer USB Flash Drive 8G | $39.99 |

| | |
|---|---|
| SubTotal | $279.98 |
| Tax 6.850% | $19.18 |
| TOTAL | $299.14 |

AMEX
Card number:     XXXXXXXXXXX1001
Authorization    803624

FOR your convenience
order online at officemax.com

39848576
0126 00001 87773 5 07/10/09
00385640 08:45:25 AM

ORDER BY PHONE 1-877-OFFICEMAX

# OfficeMax



# INVOICE

| | |
|---|---|
| **BAKER INVOICE NO.:** | **782346Revised** |
| DATE : | April 16, 2010 |
| PERIOD ENDING: | 2/1/10 - 2/28/10 |
| IN ACCOUNT WITH: | Texas Department of Transportation<br>Houston District<br>c/o Mr. David Williams<br>P.O. Box 1386<br>Houston, TX 77251-1386 |
| VENDOR ID NO.: | 125-12286381-000 |
| CONTRACT NO.: | 12-648P5050 |
| WORK AUTH. NO. | 4 |
| VENDOR NAME: | Michael Baker Jr., Inc. |
| PROJECT: | SH 99 MSAT's |
| CSJ: | 3510-07-003 |
| BAKER PROJECT NO: | **114068** |

NUMBER AND TYPE OF SERVICES PERFORMED:

---

**FC 120**

---

**TASK 9 Segment E Admin Record**

Labor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Senior Environmental Planner** | | | | | | | |
| Johnson, Burton | $ | 50.00 | 7 | Hour | | $ | 350.00 |
| **Sr Environmental Planner** | | | | | | | |
| Kaiser, Clarence | $ | 31.25 | 76 | Hour | | $ | 2,375.00 |
| **GIS Specialist** | | | | | | | |
| Hiller, Kimberly | $ | 26.32 | 1.25 | Hour | | $ | 32.90 |
| **Technical Editor** | | | | | | | |
| Smith, Tamara | $ | 28.83 | 111.5 | Hour | | $ | 3,214.55 |

| **Subtotal - Labor** | | | | | |
|---|---|---|---|---|---|
| | Labor | | | $ | 5,972.45 |
| | Overhead | 170% | | $ | 10,153.16 |
| | Subtotal | | | $ | 16,125.60 |
| | Fee | 12% | | $ | 1,935.07 |
| | | | | $ | 18,060.67 |

Other Direct Costs

| | | | | | | |
|---|---|---|---|---|---|---|
| Postage | | | | | $ | 332.78 |
| Photo Copies 8.5x11 B&W | $ | 0.05 | 2131 | Each | $ | 106.55 |
| Photo Copies 8.5x11 Color | $ | 0.50 | 3 | Each | $ | 1.50 |
| **Subtotal - Other Direct Costs** | | | | | $ | **440.83** |

---

| **TOTAL TASK 9** | $ | 18,501.50 |
|---|---|---|

| | **Invoice Total** | $ | 18,501.50 |
|---|---|---|---|

**EXHIBIT**
C-5
tabbies

| | | |
|---|---|---:|
| Total for Work Authorization: | $ | **629,893.01** |
| Total Previously Billed: | $ | 489,312.60 |
| Balance Due this Invoice: | $ | 18,501.50 |
| Balance Remaining on Work Authorization: | $ | 122,078.91 |

**PLEASE SEND REMITTANCE TO:**
Michael Baker Jr., Inc.
P.O. Box 360451
Pittsburgh, PA 15251-6451

Clarence Kaiser
Project Manager

April 16, 2010
Date

FedEx Express

FEDEX-MBJ-02.08-10.xls

| Tracking Number | Baker Project | Baker Task | Shipper Name | Shipper City | Recipient Name | Recipient Address | Recipient City | Pickup | Total |
|---|---|---|---|---|---|---|---|---|---|
| 847313068818 | 114068 | 111 | TAMI SMITH | MIDVALE | BRAD ROCKWELL | 707 RIO GRANDE STE 200 | AUSTIN | 02-Feb-10 | $26.49 |
| 847313068807 | 114068 | 120.91 | TAMI SMITH | MIDVALE | SONNY KAISER | 785 GREEN PKWY STE 100 | HOUSTON | 02-Feb-10 | $106.87 |
| 847313068759 | 114068 | 120.91 | TAMI SMITH | MIDVALE | KEN RAMIREZ | 111 CONGRESS AVE | AUSTIN | 02-Feb-10 | $8.92 |
| 847313068760 | 114068 | 120.91 | TAMI SMITH | MIDVALE | LISA MCCLAIN | 300 W 15TH ST FL 14 | AUSTIN | 02-Feb-10 | $53.68 |



FedEx Express

FEDEX-MBJI-02-15-10.xls

| Tracking Number | Baker Project | Baker Task | Shipper Name | Shipper City | Recipient Name | Recipient Address | Recipient City | Pickup | Total |
|---|---|---|---|---|---|---|---|---|---|
| 84731306865 | 114068 | 120.91 | TAMI SMITH | MIDVALE | STEPHEN TATUM | 300 W 15TH ST PO BOX 12548 TRA | AUSTIN | 10-Feb-10 | $53.68 |



| Tracking Number | Baker Project | Baker Task | Shipper Name | Shipper City | Recipient Name | Recipient Address | Recipient City | Pickup | Total |
|---|---|---|---|---|---|---|---|---|---|
| 848185734006 | 114068 | 120.90 | TAMI SMITH | MIDVALE | SONNY KAISER | 785 GREENS PKWY STE 100 | HOUSTON | 24-Feb-10 | $16.03 |
| 793303003952 | 114068 | 120.91 | Baker Midvale -- | MIDVALE | Greg Punske | 300 E 8TH STREET | AUSTIN | 25-Feb-10 | $16.03 |
| 847313068895 | 114068 | 120.91 | TAMI SMITH | MIDVALE | LISA MCCLAIN | 300 W 15TH ST FL 14 | AUSTIN | 25-Feb-10 | $7.94 |
| 848185734017 | 114068 | 120.91 | TAMI SMTIH | MIDVALE | ROBB FISHMAN | 2618 WOODSBORO DR | SPRING | 25-Feb-10 | $26.74 |
| 848185734028 | 114068 | 120.91 | TAMI SMITH | MIDVALE | STEPHANE TATUM | PO BOX 12548 MC 020 TRANSPORTA | AUSTIN | 25-Feb-10 | $7.94 |
| 848185733992 | 114068 | 120.91 | TAMI SMITH | MIDVALE | JACK F GILBERT | 60 FORSYTH ST SW STE 8005 | ATLANTA | 25-Feb-10 | $8.46 |